UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RICHARDSON, | No.  2:11-cv-2996 GEB CKD P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, | |
| Respondent. | |

Before the court is petitioner's March 27, 2014 motion to alter or amend the judgment entered on March 18, 2014, denying on the merits his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

Here, as the court has determined that none of these three conditions apply, petitioner's motion for reconsideration will be denied.

////

1

IT IS HEREBY ORDERED that petitioner's motion to alter or amend the judgment (ECF No. 38) is denied.

Dated: April 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge